**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | No. 77 WAL 2020 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| WILLIAM JOSEPH L. RETZER | : | |
| | : | |
| | : | |
| PETITION OF: WILLIAM R. BICKERTON | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 25th day of August, 2020, the Petition for Allowance of Appeal is **DENIED**.

     The Application for Special Relief is **DENIED**.